*In Re* BURWELL'S WILL—From Vance County.

(Decided October    , 1898.)

## *Appeal—Motion to Dismiss.*

A motion to docket and dismiss an appeal (under Rule 17) may be made
at the beginning of the call of the District to which it belongs, or
at any time thereafter during the Term.

MOTION to dismiss under Rule 17 in the Supreme
Court; motion allowed.

*Mr. Thomas M. Pittman*, for appellee.
No counsel for caveator appellant.

CLARK, J.:   This is a motion by the appellee to docket
and dismiss under Rule 17 an appeal which the appel-
lant should have docketed "before the Court begins the
call of causes from the district" (formerly "during the
first two days of the call") to which it belongs.
Amended Rules 5 and 17, 121 N. C., 694, 695. This mo-
tion can be made at, or at any time after, the beginning
of the call of the district if the appeal has not then been
docketed.   The objection is made that this motion is
made after the week assigned to that district has passed
and is too late.   The objection is invalid.   Under the
Rule the appeal should be docketed before the beginning
of the call of the district, but it can be docketed there-
after at any time during that term, and the motion to
docket and dismiss can also be made at said term at any
time after the beginning of the call of the district, the
only limitation being that the appeal if not docketed in
the prescribed time must be docketed at said term and
before the appellee has moved under this rule (17) to

docket and dismiss.   *Packing Co.·v. Williams*,   122 N.
C., 406, and cases there cited.

Motion allowed.